Sullivan, J



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARY LA BARBERA, THOMAS GESUALDI,
LAWRENCE KUDLA, LOUIS BISIGNANO,
ANTHONY PIROZZI, FRANK FINKEL,
JOSEPH FERRARA, SR., LYNN MOUREY,
MARC HERBST AND THOMAS PIALI,
Trustees and Fiduciaries of the Local 282
Welfare, Pension, Annuity, Job Training
and Vacation and Sick Leave Trust Funds,

     Plaintiffs,

 - against -

NEGRI READY MIX CONCRETE CORP.

     Defendant.
------------------------------------------------------------X

CV 07-7264 (RJS)(CS)

## NOTICE OF DISMISSAL

  Pursuant to Fed. R. Civ. P. 41 (a)(1)(i), Plaintiffs, the Trustees and Fiduciaries of the Local 282 Welfare, Pension, Annuity, Job Training, and Vacation and Sick Leave Trust Funds, hereby dismiss this action without prejudice against refiling.

Dated: September 12, 2007
   New York, New York

           FRIEDMAN & WOLF

      By: _____
        Michael Bauman (MB-9118)

      1500 Broadway, Suite 2300
      New York, New York 10036
      (212) 354-4500

      Attorneys for Plaintiffs

Author: MB   Doc Number: 77988

SO ORDERED

9/17/07